

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2020

No. 04-20-00476-CR

Mario Alberto **ALEJOS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 566141
Honorable Carlo Key, Judge Presiding

# O R D E R

The trial court imposed sentence in the underlying cause on June 13, 2018. A motion for new trial or a notice of appeal was due on July 13, 2018. Tex. R. App. P. 26.2(a)(1). Appellant filed a pro se notice of appeal and motion for new trial on September 11, 2020.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id.* Having reviewed the record, it appears that the notice of appeal was untimely filed.

It is therefore ORDERED that appellant show cause in writing no later than October 2, 2020 why this appeal should not be dismissed for lack of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991)(out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). If appellant does not timely respond, this appeal will be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2020.

MICHAEL A. CRUZ, Clerk of Court